E-FILED
Tuesday, 13 September, 2016  02:45:04 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TIFFANY WARD,<br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>      Defendant. | Case No. 4:15-cv-04215-SLD-JEH |

### Report and Recommendation

Now before the Court is the Parties' Joint Motion for Remand. (Doc. 14). The Motion follows Plaintiff's Motion for Summary Judgment and accompanying memorandum. (Doc. 9). This matter has been referred for a Report and Recommendation on September 12, 2016. For the reasons stated herein, the Court recommends that the Motion for Remand be granted.

In the Defendant's Motion, the Commissioner requests that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). On remand, the Appeals Council should remand to the Administrative Law Judge to reconsider Plaintiff's residual functional capacity and, if warranted, obtain additional vocational expert testimony. On remand, Plaintiff will be provided with the opportunity for a new hearing and to submit additional evidence and arguments.

The Court finds the request for remand appropriate and so recommends that the Motion for Remand (Doc. 14) be granted, and the case remanded to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g).

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk within fourteen (14) days after service of this Report and Recommendation. FED. R. CIV. P. 72(b)(2); 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

*It is so recommended.*

Entered on September 12, 2016.

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE