UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TIFFANY WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-04215-SLD-JEH |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

ORDER

Before the Court are the parties' Joint Motion for Remand, ECF No. 14, and Magistrate Judge Hawley's Report and Recommendation, ECF No. 15, recommending that the former be granted. For the following reasons, the parties' motion is GRANTED and the Report and Recommendation ADOPTED.

When a magistrate judge considers a pretrial matter dispositive of a party's claim or defense, he must make a record of all evidentiary proceedings, and must enter a recommended disposition. Fed. R. Civ. P. 72(b)(1). Parties may object within 14 days of being served with a copy of the recommended disposition. *Id.* 72(b)(2). The district judge then considers de novo the portions of the magistrate judge's recommended disposition that were properly objected to, and may accept, reject, modify the recommended disposition, or return it to the magistrate for further proceedings. *Id.* 72(b)(3). If no objection is made, or only partial objection, the district judge reviews the unobjected portions for clear error only. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The parties request that the Court reverse and remand the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which permits the Court to affirm, modify, or reverse the decision of the Commissioner of Social Security.  The parties ask, and the magistrate judge recommends, that on remand, the Appeal Council should remand the matter to the Administrative Law Judge to reconsider Plaintiff's residual functional capacity and, if warranted, obtain additional vocational expert testimony.  Report and Recommendation 1; Mot. Remand 1–2.  Plaintiff would be provided with the opportunity for a new hearing and to submit additional evidence and arguments.  *Id.*

The magistrate judge's report is wholly unobjected, so the Court reviews it for clear error only.  It contains no such error.  The report and recommendation, ECF No. 15, is ADOPTED in its entirety, and consequently, the parties' motion, ECF No. 14, GRANTED.  The matter is remanded to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g).  Plaintiff's Motion for Summary Judgment, ECF No. 9, is MOOT.

Entered this 5th day of December, 2016.

s/ Sara Darrow
SARA DARROW
UNITED STATES DISTRICT JUDGE
